

1  JULIE M. MCCOY, Bar no. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  485 E. 17TH ST. SUITE 111
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF
5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          No.

12                  Plaintiff,        CV07-01841

13        vs.                         COMPLAINT ON PROMISSORY NOTE

14 GLORIA A. SANDOVAL, AKA

15 GLORIA A. RODRIGUEZ,               (DEPARTMENT OF EDUCATION)

16                  Defendant

17      For its claim, the plaintiff alleges as follows:

18      This court has jurisdiction under Title 20 U.S.C.

19 §1080. The defendant resides in the County of San

20 Bernardino. This claim arose in connection with a Government

21 insured or guaranteed student loan made by a private lender

22 and assigned to the United States.

23

24              **FIRST CAUSE OF ACTION**

25      Defendant is indebted to Plaintiff on an unpaid

26 promissory note signed by the defendant in the principal

27 amount of $2,877.81, plus accrued interest to November 6,

28 2006, in the sum of $472.11 with interest accruing

1  thereafter at the daily rate of $0.63; plus administrative
2  charges in the amount of $40.00, and attorney's fees, and
3  costs.

4  Defendant is in default under the terms of said note
5  and despite repeated demands to pay, the defendant continues
6  to refuse to make any payments thereunder.

7

8  **SECOND CAUSE OF ACTION**

9  Defendant is indebted to Plaintiff on an unpaid
10 promissory note signed by the defendant in the principal
11 amount of $4,351.27, plus accrued interest to November 6,
12 2006, in the sum of $7,081.56 with interest accruing
13 thereafter at the daily rate of $1.11; plus administrative
14 charges in the amount of $0.00, and attorney's fees, and
15 costs.

16 Defendant is in default under the terms of said note
17 and despite repeated demands to pay, the defendant continues
18 to refuse to make any payments thereunder.

19

20 WHEREFORE, plaintiff prays for judgment against
21 defendant in the principal amount of $7,229.08, plus
22 interest accrued to November 6, 2006, in the sum of
23 $7,553.67, with interest accruing thereafter at the daily
24 rate of $1.74 until entry of judgment; plus $40.00 for
25 administrative charges, and attorney's fees, and costs.

26

27

28 DATED: February 6, 2007

JULIE M. MCCOY
ATTORNEY FOR THE PLAINTIFF

JULIE M. MCCOY, Bar no. 129640
LAW OFFICES OF JULIE M. MCCOY
485 E. 17TH ST. SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV07-01841 |
| Plaintiff, | |
| vs. | SUMMONS |
| GLORIA A. SANDOVAL, AKA GLORIA A. RODRIGUEZ, | |
| Defendant | |

TO THE ABOVE-NAMED DEFENDANT, You are hereby summoned and required to file with the court and serve upon:

Plaintiff's attorney, whose address is:

LAW OFFICES OF JULIE M. MCCOY
485 E. 17TH STREET, STE. 111
COSTA MESA, CA 92627

an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Date:   MAR 20            SHERRI R. CARTER, CLERK

By: _____
      Deputy Clerk

(SEAL OF THE COURT)

SUMMONS

**CIVIL COVER SHEET**

**a)  LAIN TFFS       UNITED STATES OF AMERICA**

**DEFENDANT(S)  GLORIA A. SANDOVAL, AKA GLORIA A. RODRIGUEZ**

**b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___
EXCEPT IN U.S. PLAINTIFF CASES

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  San Bernardino

ATTORNEYS (IF KNOWN)

**( c )** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

JULIE M. MCCOY
LAW OFFICES OF JULIE M. MCCOY
485 E. 17th ST. SU 1TE390
COSTA MESA, CA 9227
Tel: 949.722-0055

**II.  BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT)
(For Diversity Cases Only)

| | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|
| ☒ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1  Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties In Item III) | Citizen of Another State | ☐ 2 | ☐ 2  Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3  Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** *(PLACE AN x IN ONE BOX ONLY)*

☒ 1  Original Proceeding   ☐ 2  Removed from State Court   ☐ 3  Remanded from Appellate Court   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from another district (specify)   ☐ 6  Multidistrict Litigation   ☐ 7  Appeal to District Judge from Magistrate Judgment

**V.  REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $14,822.75**   Check YES only if demanded in complaint:  **JURY DEMAND:**  ☐ YES  ☒ NO

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)   **BREACH OF CONTRACT/PROMISSORY NOTE**

**VII.  NATURE OF SUIT** *(PLACE AN x IN ONE BOX ONLY)*

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 368 Asbestos Personal Injury Product Liability | 21 USC 881 | PROPERTY RIGHT |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers? Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 830 Patent |
| ☐ 810 Selective Service | ☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY |
| ☐ 875 Customer Challenge 12 USC 3410 (923) | ☐ 153 Recovery of Overpayment Of Veteran?s Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) |
| | | | | | ☐ 862 Black Lung |
| ☐ 891 Agricultural Act | ☐ 160 Stockholders? Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XV |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS |
| ☐ 895 Freedom of Information Act | ☐ 210 Land Condemnation | ☐ 442 Employment | | | ☐ 870 Taxes(U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | | ☐ 550 Civil Rights | | |
| | ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | |

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ____ Yes

If yes, list case number(s): _____

CV71 (3/97)                     CIVIL COVER SHEET - Continued on Reverse                     Page 1 of 2

*CV07- 01841*

CIVIL COVER SHEET

(Reverse Side)

## AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ✓ No ____ Yes

If yes, list case number(s):_____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:

(CHECK ALL BOXES THAT APPLY)

- ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
- ☐ B. Involve the same or substantially the same parties or property;
- ☐ C. Involve the same patent, trademark or copyright;
- ☐ D. Call for determination of the same or substantially identical questions of law, or
- ☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County , or State if other than California, in which **EACH** named plaintiff resides. (Use an additional sheet if necessary)

☒ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).

LOS ANGELES COUNTY

☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**NOTE:** In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** X _[signature]_     Date: February 6, 2007

**NOTICE TO COUNSEL/PARTIES:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for ?Black Lung? benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child?s insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |