```
JULIE M. MCCOY, Bar no. 129640
LAW OFFICES OF JULIE M. MCCOY
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GLORIA A. SANDOVAL, AKA<br>GLORIA A. RODRIGUEZ,<br><br>Defendant | No. CV07-01841<br><br>NOTICE OF INTERESTED PARTIES<br><br>(Local Rule 7.1-1)<br><br>(DEPARTMENT OF EDUCATION) |

Pursuant to Local Rule 7-1.1, and based upon information and belief, the undersigned, counsel of record for Plaintiff, United States of America, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or refusal.

   The United States Department of Education,

   Gloria A. Sandoval, aka Gloria A. Rodriguez

DATED: February 6, 2007          _____
                                 JULIE M. MCCOY
                                 ATTORNEY FOR THE PLAINTIFF