```
 1  JULIE M. MCCOY, Bar no. 129640
    485 E. 17TH ST.  SUITE 111
 2  COSTA MESA, CA 92627
    Telephone: (949) 722-0055
 3  Fax: (949) 722-8416

 4  Attorney for: PLAINTIFF
```

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>GLORIA A. SANDOVAL, AKA<br><br>GLORIA A. RODRIGUEZ,<br><br>            Defendant | No. CV A 07-1841<br><br>STIPULATION TO CONSENT<br><br>JUDGMENT, AND JUDGMENT |

It is hereby Stipulated by and between Plaintiff, UNITED STATES OF AMERICA, and Defendant, Gloria A. Sandoval, aka Gloria A. Rodriguez, as follows:

   1.   This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

   2.   The defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

3. The defendant hereby agrees to the entry of Judgment in the principal amount of $7,229.08 plus interest accrued to November 6, 2006, in the sum of $7,553.67; with interest accruing thereafter at $1.74 daily until entry of judgment, administration costs in the amount of $40.00, attorney fees, pursuant to Central District Local Rule 55.4, in the sum of $0.00, and $0.00 as cost, for a total judgment of **$14,822.75**.

4. Defendant will make payments to plaintiff, in the amount of $20.00 per month, beginning February 15th, 2007, and each month thereafter on the 15th day. The first payment will be mailed to Plaintiff's attorney at 485 E. 17th St. Suite 111 in Costa Mesa, California 92627-3265, and made payable to the Department of Justice. Each payment thereafter will be forwarded to the U.S. Department of Justice Central Intake Facility, PO Box 70940 in Charlotte, NC 28272-0940. All payments should have your account number (C-107741) visibly written on the face of the check. As a courtesy, the Defendant *should* receive monthly statements in the mail in which to include and forward his/her payment to the Central Intake Facility; however, **it is the defendant's responsibility to ensure that his/her payments are made on time regardless of whether or not the statement was received.** Should the statement not be received, the defendant will immediately notify Plaintiff's attorney so that they may verify that the defendant is being mailed the statements.

///

5. The payment rate will be reevaluated annually and will be modified, as necessary, to take into account the changed economic circumstances of the defendant. Defendant agrees that the monthly payment amount will be increased by 10% on each anniversary of the entry of judgment. If the defendant can provide evidence of hardship, plaintiff's counsel may, at their own discretion, waive the 10% increase on a year by year basis. The defendant also agrees that larger monthly payments may be made at any time, and that the defendant may pay off the debt in full at anytime.

6. For the purpose of evaluation and possible modification, the defendant will provide plaintiff with copies of defendant's Federal and State Income Tax returns including all attachments and completed Financial Statement on a form provided by plaintiff; these completed documents shall be returned with the defendant's first payment. The debtor will be required to complete said Financial Statement not less than once every twelve (12) months.

7. Under no circumstances will the monthly payment rate be lower than $20.00.

8. Should defendant become delinquent for a period of fifteen days in making any payment due hereunder, plaintiff shall have the right to immediately enforce the full balance then due on this consent judgment after giving credit for any payments made in accordance with the applicable laws.

9. Plaintiff has the right to record liens with the applicable County Recorder wherein defendant resides or owns real property.

10. When the amount of the consent judgment is fully paid, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide the defendant with Releases of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorders.

11. This consent judgment will accrue interest at the legal rate from the date of entry until satisfied.

DATED: 2-11-07      _____
                    Gloria A. Sandoval, aka
                    Gloria A. Rodriguez


DATED: 3-20-07      _____/s/_____
                    Julie M. McCoy
                    Attorney For The Plaintiff