1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | No. CV A 07-1841
11 |            Plaintiff,            |
12 |    vs.                           | CONSENT JUDGMENT
13 | GLORIA A. SANDOVAL, AKA          |
14 | GLORIA A. RODRIGUEZ,             |
15 |            Defendant             |

16  Pursuant to the above stipulation of the parties,
17 Judgment is hereby entered in favor of Plaintiff, UNITED
18 STATES OF AMERICA, against Defendant, Gloria A. Sandoval,
19 aka Gloria A. Rodriguez, in the principal amount of
20 $7,229.08 plus interest accrued to November 6, 2006, in the
21 sum of $7,553.67; with interest accruing thereafter at $1.74
22 daily until entry of judgment, administration costs in the
23 amount of $40.00, for a total amount of **$14,822.75**.

25 DATED: 3/28/07        By: **SHERRI R. CARTER**
                              Clerk of the Court

                              _[signature]_
                              Deputy Clerk
                              United States District Court

✓ Docketed
✓ Copies/NTC Sent
✓ JS - 5 / JS - 6
✓ JS - 2 / JS - 3
   CLSD

Page 5

The terms and conditions as outlined in this
Consent Judgment are entered on the docket
of this Court on ___3/28/07___

DOCKETED ON CM
MAR 28 2007
BY ___